Opinion issued March 15, 2012.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-12-00221-CR

———————————

In re Terrence l. cornish, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          Relator, Terrence L. Cornish, has filed
a pro se petition for writ of mandamus, complaining that the trial court
refuses to rule on his “Motion to Enter Judgment and Sentence Nunc Pro Tunc.”[1]

We deny relator’s
petition. 

PER CURIAM

Panel
consists of Chief JusticeRadack and JusticesHigley and Brown.

Do
not publish.   Tex. R. App. P. 47.2(b).

 











[1]           Relator has identified the underlying
case as State v. Cornish, No. 1260720,
in the 338th District Court of Harris County, Texas, the Honorable Hazel B.
Jones presiding.